IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. |
| | ) | |
| MARTIN M. PICINICH, | ) | |
| GAYLE PICINICH, and | ) | |
| CITIZENS FIRST WHOLESALE | ) | |
| MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **COMPLAINT**

Plaintiff, the United States of America, complains and alleges as follows:

1.     The United States brings this civil action to reduce to judgment Martin M. Picinich's federal income tax liabilities for the tax years 1997, 1998, 1999, 2000 and 2001. Additionally, the United States seeks to enforce federal tax liens that encumber real property held by the taxpayer's nominees/alter egos; sell the real property free and clear of the liens and claims of the parties to this action; and distribute the proceeds in conformity with the findings of this Court.

2.   This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of a delegate of the Attorney General of the United States in accordance with 26 U.S.C. §§ 7401 and 7403.

## JURISDICTION AND VENUE

3.      The Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 (internal revenue laws) and 1345 (United States as plaintiff), and 26 U.S.C. § 7402(a) (render judgments).

4.      Pursuant to 28 U.S.C. §§ 1391(b) and 1396, venue is proper in this Court because the taxpayer is located in this District; the tax liabilities accrued in this District; and the real property at issue is located in Sumter County, which lies within this District.

## SUBJECT PROPERTY

5.      The United States seeks to enforce federal liens against real property located at 1683 Scotch Pine Way, The Villages, Sumter County, Florida 32162, (the "Subject Property"). The legal description of the Subject Property is as follows:

> PARCEL ID #: G03A407
>
> Lot 51, Villages of Sumter Unit No. 146, according to the plat thereof recorded in Plat Book 8, Pages 26 and 26-A through 26-D, Public Records of Sumter County, Florida.

## DEFENDANTS

6.      Martin M. Picinich is named as a defendant in this action because he is the taxpayer and has failed to pay his federal income taxes for the 1997, 1998, 1999, 2000 and 2001 tax years.

7.      Gayle Picinich, the taxpayer's spouse, holds bare legal title to the Subject Property as the nominee/alter ego of Martin M. Picinich and is named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) as a party that may claim an interest in the Subject Property.

2

8. Citizens First Wholesale Mortgage Company, a Florida corporation, is named as a defendant in this action pursuant to 26 U.S.C. § 7403(b) as party that may claim an interest in the Subject Property by virtue of a mortgage lien on the Subject Property.

## COUNT I – REDUCE MARTIN M. PICINICH'S FEDERAL INCOME TAX LIABILITIES TO JUDGMENT

9. The United States incorporates by reference the allegations contained in paragraphs 1 through 4 and 6 as if fully and separately restated herein.

10. On October 17, 2006, Martin M. Picinich pled guilty to a three-count information charging the taxpayer with willful failure to file his federal income tax returns for tax years 2001 through 2003. *See United States v. Martin Picinich* (Case No. 3:06-mj-05053 (D. N.J.)). His plea agreement with the United States Attorney's Office for the District of New Jersey required, in part, that the taxpayer cooperate with the IRS with respect to his failure to file his federal income tax returns for the 1997 through 2002 tax years.

11. Martin M. Picinich was required to but failed to file a federal income tax return for 1998, 1999, 2000 and 2001. He filed a tax return for 1997 but underreported his tax liability.

12. On January 7, 2008, based on Examination audits of the taxpayer's 1997, 1998, 1999, 2000 and 2001 federal income tax liabilities, a delegate of the Secretary of the Treasury assessed tax deficiencies, including civil fraud penalties, against the taxpayer. Martin M. Picinich agreed to the assessments of tax, penalties and interest, including the civil fraud penalties.

13. On the dates and in the amounts set forth in the following table, a delegate of the Secretary of the Treasury properly assessed Martin M. Picinich the federal income tax liabilities, plus additional tax, interest and statutory additions:

| TAX PERIOD | TYPE OF TAX | ASSESSMENT DATE | ASSESSED TAX | ASSESSED INTEREST | ASSESSED PENALTIES |
|---|---|---|---|---|---|
| 1997 | 1040 | 01/07/2008 | $51,436.00 | | $38,577.00** |
| | | 10/19/2015 | | $186,324.00 | $12,859.00* |
| | | 10/17/2016 | | $13,507.27 | |
| 1998 | 1040 | 01/07/2008 | $52,851.00 | $58,489.79 | $39,638.00** |
| | | 10/19/2015 | | $50,813.06 | $13,212.74* |
| | | 10/17/2016 | | $7,728.59 | |
| | | 10/15/2018 | | $19,803.40 | |
| 1999 | 1040 | 01/07/2008 | $36,041.00 | $32,321.94 | $27,031.00** |
| | | 10/19/2015 | | $32,105.56 | $9,010.24* |
| | | 10/17/2016 | | $4,907.01 | |
| | | 10/15/2018 | | $12,573.47 | |
| 2000 | 1040 | 01/07/2008 | $85,192.00 | $57,510.00 | $63,894.00** |
| | | 10/19/2015 | | $33,870.33 | |
| | | 10/17/2016 | | $4,835.04 | |
| | | 10/15/2018 | | $12,389.11 | |
| 2001 | 1040 | 01/07/2008 | $40,094.00 | | $30,071.00** |
| | | 10/19/2015 | | $93,074.31 | $13,768.59* |
| | | 10/17/2016 | | $8,584.26 | |

*Failure to pay penalty
**Fraud penalty

14.     A delegate of the Secretary of the Treasury properly gave Martin M. Picinich notice of the unpaid taxes, interest, and penalties described in paragraph 13, above, and made demand for their payment.  Despite notice and demand, Martin M. Picinich failed to pay the taxes owed.

4

15.     As of December 16, 2019, Martin M. Picinich owes a total of $1,051,951.22 for unpaid federal income taxes for tax years 1997, 1998, 1999, 2000 and 2001, together with penalties and interest that continue to accrue until the liabilities are paid in full.

16.     The United States generally has ten years from the date of assessment to bring a proceeding in court to collect an unpaid tax (*see* 26 U.S.C. § 6502(a)(1)).  That period can be tolled or suspended.  Even though the IRS assessed the above-referenced federal income tax liabilities for the 1997 through 2001 tax years more than ten years ago, the collection statute has not expired because Martin M. Picinich requested an offer in compromise and an installment agreement, which tolled the collection period.  This suit is timely filed.

17.     Martin M. Picinich submitted an offer in compromise on June 20, 2008, which the IRS Appeals Division rejected on April 29, 2010.  The collection period was tolled during the time the offer in compromise was pending with the IRS for a total of 678 days.

18.     Martin M. Picinich entered into an installment agreement with the IRS on May 23, 2013.  The IRS terminated the installment agreement on May 14, 2014.  The collection period was tolled an additional thirty (30) days.

## COUNT II – ENFORCE FEDERAL TAX LIENS

19.     The United States incorporates by reference the allegations contained in paragraphs 1 through 18 as if fully and separately restated herein.

20.     Federal tax liens arose on the dates of assessment detailed in paragraph 13, above, and attached to all of Martin M. Picinich's property and rights to property, including property and rights to property held by a nominee/alter ego.

21.     On July 26, 2019, a delegate of the Secretary of the Treasury filed a Notice of Federal Tax Lien with the Sumter County Clerk of Courts against Martin M. Picinich for his unpaid federal income tax liabilities for the 1997, 1998, 1999, 2000 and 2001 tax years.

22.     On July 26, 2019, a delegate of the Secretary of the Treasury filed a Notice of Federal Lien with the Sumter County Clerk of Courts against Gayle Picinich as nominee/alter ego of Martin M. Picinich for his unpaid federal income tax liabilities for the 1997, 1998, 1999, 2000 and 2001 tax years.

23.     Gayle Picinich is the nominee and/or alter ego of Martin M. Picinich and holds title to the Subject Property as his nominee and/or alter ego, as illustrated by the following facts:

   a.   Gayle Picinich purchased the Subject Property at a time when Martin M. Picinich had already incurred substantial federal income tax liabilities for the 1997 through 2001 tax years;

   b.   Although the check brought to the closing of the Subject Property came from Gayle Picinich's personal account, cancelled checks of Martin M. Picinich reveal that, from July 2007 (when the Subject Property was purchased) to January 2008, he wrote numerous checks for large amounts that were deposited into his wife's bank account;

   c.   Martin M. Picinich pays all of the necessary expenses (including the utilities, lawn care and maintenance) associated with the Subject Property;

   d.   According to bank records obtained by the IRS, Martin M. Picinich has been paying the mortgage on the Subject Property since April 2008; and

   e.   Martin M. Picinich is the only spouse who actually resides at the Subject Property; Gayle Picinich, a school principal, resides in New Jersey.

6

24.     The federal tax liens against Martin M. Picinich and Gayle Picinich as his nominee/alter ego may be enforced against the Subject Property.

**WHEREFORE**, the United States prays that this Court:

A.     Enter judgment in favor of the United States and against Martin M. Picinich for his unpaid federal income tax liabilities for 1997, 1998, 1999, 2000, and 2001 in the amount of $1,051,951.22, as of December 16, 2019, plus statutory additions and interest as allowed by law;

B.     Decree that the federal tax liens of the United States attach to all property and property rights of Martin M. Picinich, including the Subject Property held by Gayle Picinich as his nominee or alter ego;

C.     Alternatively, adjudge that Gayle Picinich is Martin M. Picinich's alter ego and, therefore, is liable for Martin M. Picinich's unpaid tax liabilities, and that the federal tax liens against him are enforceable against Gayle Picinich and her property, including the Subject Property;

D.     Foreclose the federal tax liens and direct that the Subject Property be sold in satisfaction thereof according to law, free and clear of liens and claims of the parties herein;

E.     Determine the relative priority of the liens and/or claims of the parties to this suit to the Subject Property;

F.     Direct that the proceeds of the sale of the Subject Property be distributed in accordance with the parties' respective interests; and

G.     Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Date:   December 16, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Trial Attorney, Tax Division (Va. # 90685)
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-6546
Fax: (202) 514-9868
Elizabeth.N.Duncan@usdoj.gov

Of counsel:

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Elizabeth N. Duncan, Trial Attorney, U.S. Department of Justice
P.O. Box 14198 Washington, D.C. 20044

## DEFENDANTS

Martin M. Picinich, Gayle Picinich and Citizens First Wholesale Mortgage Company

County of Residence of First Listed Defendant   Sumter
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 7401 and 7403 of Title 26 (Internal Revenue Code)
Brief description of cause:
Suit to reduce federal income tax liabilities to judgment and to foreclose federal tax liens

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,051,951.22

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
12/16/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Elizabeth N. Duncan

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**     **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**     **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  **(See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**     **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**     **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.**  Place an "X" in one of the six boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

**VI.**     **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| | ) |
| Martin M. Picinich, Gayle Picinich and Citizens First | ) |
| Wholesale Mortgage Company | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Martin M. Picinich
1683 Scotch Pine Way
The Villages, Florida 32162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth N. Duncan
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____


_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| | ) |
| Martin M. Picinich, Gayle Picinich and Citizens First Wholesale Mortgage Company | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gayle Picinich
1683 Scotch Pine Way
The Villages, Florida 32162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth N. Duncan
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Martin M. Picinich, Gayle Picinich and Citizens First | ) | |
| Wholesale Mortgage Company | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Citizens First Wholesale Mortgage Company
1500 Banderos Avenue
The Villages, Florida 32159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth N. Duncan
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: